IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOHN M. ACKLES,

    Plaintiff,

v.                                      Civil Action No. 3:17-CV-133

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file his motion for summary judgment and any supporting memorandum on or before July 18, 2018. ECF No. 15. Plaintiff failed to do so. The Court then entered an Order to Show Cause and Notice directing Plaintiff to file his motion and any supporting memorandum by August 28, 2018 and putting him on notice that failure to do so would result in the Court recommending his claim be dismissed for failure to prosecute. ECF No. 17. Plaintiff again failed to comply with the Court's Order.

Accordingly, the Court **RECOMMENDS** that the Plaintiff's claim be dismissed for failure to prosecute.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to all counsel of record, as applicable. The Clerk of the Court is also **DIRECTED** to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**IT IS SO ORDERED**.

DATE: August 30, 2018                                                   /s/ *James E. Seibert*
                                                                           JAMES E. SEIBERT
                                                                           U.S. MAGISTRATE JUDGE